**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NATHANIEL WILLIAMS, ) 3:18-CV-0282-MMD-CLB
 )
 Plaintiff, ) **MINUTE ORDER**
 )
vs. ) December 13, 2019
 )
WILLIAM GITTERE, et al., )
 )
 Defendant. )
_____)

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of **Dr. Agapito Racoma** and **Jo Gentry** who are no longer employees of the Nevada Department of Corrections (ECF No. 58). However, the Attorney General has filed the last known addresses of these defendants under seal (ECF No. 59). If plaintiff wishes to have the U.S. Marshal attempt service on these defendants, he shall follow the instructions contained in this order.

The Clerk shall ISSUE summonses for the above-named defendants and send the same to the U.S. Marshal with the addresses provided under seal (ECF No. 59). The Clerk shall also SEND sufficient copies of the third amended complaint (ECF No. 17), the screening order (ECF No. 19), and this order to the U.S. Marshal for service on the defendants. The Clerk shall SEND to plaintiff sufficient USM-285 forms. Plaintiff shall have until **Friday, December 27, 2019,** to complete the USM-285 service forms and return them to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno, Nevada 89501.

If plaintiff fails to follow this order, the above-named defendants will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk