AARON D. FORD
Attorney General
PETER E. DUNKLEY, Bar No. 11110
Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: pdunkley@ag.nv.gov

*Attorneys for Defendants*
*Sonya Carrillo, Frank Dreesen, Philip Gang,*
*William Gittere, Steve Green, Judith Hebert, Jerry Howell,*
*Michael Minev, Ronald Oliver, William Reubart,*
*Bonnie Swadling, Devlin Thompson,*
*Harold Wickham and Brian Williams*

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

         JAN - 9 2020

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*ORDER*

| | |
|---|---|
| NATHANIEL WILLIAMS, | Case No. 3:18-cv-00282-MMD-CBC |
| Plaintiff, | |
| v. | **MOTION FOR EXTENSION OF TIME TO ANSWER THIRD-AMENDED COMPLAINT** |
| WILLIAM GITTERE, et al., | |
| Defendants. | |

Defendants, Sonya Carrillo, Frank Dreesen, Philip Gang, William Gittere, Steve Green, Judith Hebert, Jerry Howell, Michael Minev, Ronald Oliver, William Reubart, Bonnie Swadling, Devlin Thompson, Harold Wickham and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada and Peter E. Dunkley, Deputy Attorney General, hereby submit this Motion for Extension of Time to Respond to Plaintiff's Third Amended Complaint (ECF No. 17). This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.   ARGUMENT**

Defendants respectfully requests a twenty eight (28) day extension of time out from the current deadline of December 23, 2019, to respond to Answer the Third Amended Complaint (TAC) (ECF No. 17).

1  Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and its nature will not hinder or prejudice Plaintiff's case, but will allow for accurate responses to Plaintiff's voluminous TAC, weighing in at 44 pages, containing nine counts alleged against 33 separate defendants.

In this case, there is good cause for the extension due to current staffing levels at the Office of the Attorney General. Recently, several deputies attorney general have left the office resulting in reassignment of their respective case loads and the cases' respective deadlines. Counsel for Defendants respectfully requests 28 days to answer the TAC. The new deadline would be January 20, 2020.

Defendants' request is timely and, if granted, will not hinder or prejudice Plaintiff's case, but will allow for better response to Plaintiff's TAC. Additionally, some defendants last known addresses have been filed under seal (ECF No. 73) on whom Plaintiff will presumably attempt service, which if properly effected, will require that newly served defendants answer the TAC. Additionally, there is currently a status conference set for January 21, 2020, regarding the status of Plaintiff's medical condition and the appointment of Pro Bono counsel for possible injunctive relief.

For these reasons, Defendants respectfully request a twenty eight (28) day extension of time from the current deadline to respond to Plaintiff's TAC, with the new deadline of January 20, 2020.

DATED this 23rd day of December, 2019.

AARON D. FORD
Attorney General

By: /s/ Peter E. Dunkley
PETER E. DUNKLEY, Bar No. 11110
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 1/9/2020

2