1 AARON D. FORD
   Attorney General
2 PETER E. DUNKLEY, Bar No. 11110
   Deputy Attorney General
3 State of Nevada
Public Safety Division
4 100 N. Carson Street
Carson City, NV 89701-4717
5 Tel: (775) 684-1259
E-mail: pdunkley@ag.nv.gov
6
*Attorneys for Defendants*
7 *Sonya Carrillo, Frank Dreesen, Philip Gang,*
*William Gittere, Steve Green, Judith Hebert, Jerry Howell,*
8 *Michael Minev, Ronald Oliver, William Reubart,*
*Bonnie Swadling, Devlin Thompson,*
9 *Harold Wickham and Brian Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATHANIEL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM GITTERE, et al.,<br><br>Defendants. | Case No. 3:18-cv-00282-MMD-CLB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER FOURTH-AMENDED COMPLAINT**<br>**(First Request)** |

Defendants, Sonya Carrillo, Frank Dreesen, Philip Gang, William Gittere, Steve Green, Judith Hebert, Jerry Howell, Michael Minev, Ronald Oliver, William Reubart, Bonnie Swadling, Devlin Thompson, Harold Wickham and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada and Peter E. Dunkley, Deputy Attorney General, hereby submit this Motion for Extension of Time to Respond to Plaintiff's Fourth Amended Complaint (ECF No. 88). This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    ARGUMENT**

Defendants respectfully requests a four (4) day extension of time out from the current deadline of March 30, 2020, to Answer the Fourth Amended Complaint (4AC) (ECF No. 88).

///

1

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is unopposed[1] and timely and its nature will not hinder or prejudice Plaintiff's case, but will allow for accurate responses to Plaintiff's voluminous 4AC, weighing in at 34 pages, containing 13 counts alleged against 33 separate defendants.

In this case, there is good cause for the extension due to the Office of Attorney General's (OAG) efforts to determine the status of representation of the many newly named defendants, as well as the OAG's administrative adjustments related to COVID-19. The new deadline would be April 3, 2020. Defendants' request is timely and, if granted, will not hinder or prejudice Plaintiff's case.

For these reasons, Defendants respectfully request a four (4) day extension of time from the current deadline to respond to Plaintiff's 4AC, with the new deadline of April 3, 2020.

DATED this 30th day of March 2020.

        AARON D. FORD
        Attorney General

By:   /s/ Peter E. Dunkley
      PETER E. DUNKLEY, Bar No. 11110
      Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** March 31, 2020

---

[1] On March 27, 2020, the undersigned conferred with Kerry Doyle, Esq., who graciously agreed not to oppose the request.

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 30th day of March, 2020, I caused a copy of the foregoing, **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER FOURTH-AMENDED COMPLAINT (First Request)**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Kerry S. Doyle, Esq.
Doyle Law Office, PLLC.
4600 Kietzke Lane, Suite I-207
Reno, NV 89502

/s/ Caitie Collins
An employee of the
Office of the Attorney General