UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHANIEL WILLIAMS,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:18-cv-00282-MMD-CLB<br><br>ORDER |

　　　　Plaintiff Nathaniel Williams filed this action under 42 U.S.C. § 1983. (ECF No. 1-1.) After thrice amending, Plaintiff filed his Fourth Amended Complaint against named Defendants Kim Adamson, Renee Baker, John Borrowman, Carlos Calderon, Sonya Carrillo, Charles Daniels, Frank Dreesen, Brian Egerton, Philip Gang, William Gittere, Steve Green, Judith Hebert, Jerry Howell, Kenia Leon, Michael Minev, Ronald Oliver, Rene Pena, Agapito Racoma, William Reubart, Bonnie Swadling, Devlin Thompson, Harold Wickham, Brian Williams, Catherine Yup, "Dustin," and "D. Huttenschmidt." (ECF No. 88.) Per the notice filed by Attorney General Aaron Ford and Deputy Attorney General Jeffrey A. Cogan, all named Defendants have joined the action except "Dustin" and "D. Huttenschmidt." (ECF No. 112.)

　　　　On August 26, 2020, the Court granted Plaintiff an extension of time to serve Defendants Kenia Leon, Agapito Racoma, "Dustin," and "D. Huttenschmidt." (ECF No. 108.) Plaintiff had until November 20, 2020 to serve the remaining Defendants. (*Id.*) Kenia Leon and Agapito Racoma answered Plaintiff's complaint on September 14, 2020. (ECF No. 109.) The Court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) if the Court had not received proof of service as to "Dustin" by January 1, 2021. (ECF No. 113.) To date, there is no evidence that either "Dustin" has been served, and Plaintiff has not communicated further with the Court.

Accordingly, it is ordered that claims against "Dustin" are dismissed without prejudice.

DATED THIS 11th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE