**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| NATHANIEL WILLIAMS, | Case No. 3:18-CV-0282-MMD-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION TO AMEND COMPLAINT** |
| v. | [ECF No. 127] |
| WILLIAM GITTERE, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's motion to amend complaint. (ECF No. 127.) During a case management conference on September 27, 2021, the Court granted Defendants' motion for extension of time, in part, and allowed Defendants until October 12, 2021 to either respond to Plaintiff's motion to amend or file a stipulation to amend. (ECF No. 130.) Defendants did neither. Therefore, Plaintiff's motion to amend complaint, (ECF No. 127), is **GRANTED** as unopposed pursuant to LR 7-2(d).

The Clerk shall **DETACH** and **FILE** the amended complaint attached to the motion to amend as Exhibit 1. The Office of the Attorney General shall file a notice of acceptance of service or the last known address for any newly named Defendant(s) within 21 days from the date of this order. An answer or other response shall be filed 30 days from the date of this order.

**DATED**: October 20, 2021.

**UNITED STATES MAGISTRATE JUDGE**