**UNITED STATES DISTRICT COURT**

**IN AND FOR THE STATE OF NEVADA**

| | |
|---|---|
| NATHANIEL WILLIAMS, an individual;<br><br>　　　　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>WILLIAM GITTERE, CHARLES DANIELS, HAROLD WICKHAM, JOHN BORROWMAN, MICHAEL MINEV, JERRY HOWELL, RENEE BAKER, BRIAN E. WILLIAMS, WILLIAM REUBART, RONALD OLIVER, FRANK DREESEN, SONYA CARILLO, DUSTIN (first name unknown), CARLOS CALDERON, J. HEBERT, BONNIE SWADLING, LEON (first name unknown), STEVE GREEN, DEVLIN THOMPSON, DR. PEÑA (first name unknown), DR. RACOMA (first name unknown), PHILIP GANG, BRIAN EGERTON, DR. ADAMSON (first name unknown), DR. YUP (first name unknown), D. HUTTENSCHMIDT, and DOES 1-70;<br><br>　　　　　　　　　　　　　Defendants.<br>_____/ | Case No: 3:18-cv-00282-MMD-CBC<br><br>**STIPULATION TO EXTEND DEADLINE TO DISMISS PURSUANT TO SETTLEMENT**<br><br>**(First Request)** |

　　　　Plaintiff, NATHANIEL WILLIAMS, and Defendants: Kim Adamson, Renee Baker, John Borrowman, Carlos Calderon, Sonya Carrillo, Charles Daniels, Frank Dreesen, Brian Egerton, Philip Gang, William Gittere, Steve Green, Judith Hebert, Jerry Howell, Kenia Leon, Michael Minev, Ronald Oliver, Rene Pena, Dr. Racoma, William Reubart, Bonnie Swadling, Devlin Thompson, Harold Wickham, Brian Williams and Catherine Yup, by and through respective counsel, pursuant to Rule 6 of the Federal Rules of Civil Procedure, and LR IA 6-1

*Doyle Law Office*
Kerry S. Doyle, Esq.
4600 Kietzke Lane
Suite I-207
Reno, Nevada 89502
(775) 525-0889
kerry@rdoylelaw.com

3

of the United States District Court for the District of Nevada Local Rule hereby stipulate to extend the deadline to file stipulations to dismiss the actions.

The parties agree that they have exchanged a draft settlement proposal; however, due to the Attorney General's involvement in high profile argument regarding the death penalty and delays in transporting Williams to camp, which created difficulty in delivering documents for his review, the parties require additional time to execute the necessary documents and file the stipulations to dismiss. The current deadline to dismiss the actions pursuant to settlement is December 6, 2021. The parties request an extension until January 6, 2022, to allow them to complete the required documents and work around the holidays.

**DATED** this 2nd day of December 2021.

DOYLE LAW OFFICE, PLLC

By: /s/ Kerry S. Doyle
    KERRY S. DOYLE, ESQ.
    Nevada Bar No. 10866
    4600 Kietzke Lane, Ste. I-207
    Reno, NV 89502
    *Attorney for Plaintiff*

**DATED** this 2nd day of December 2021.

AARON D. FORD, ATTORNEY GENERAL

BY: /s/ Douglas R. Rands           .
    DOUGLAS R. RANDS
    Nevada Bar No. 3572
    Senior Deputy Attorney General
    State of Nevada
    Public Safety Division
    100 North Carson Street
    Carson City, NV 89701
    Tel: (775) 684-1258
    E-mail: drands@ag.nv.gov
    *Attorneys for Defendants*

**IT IS SO ORDERED.**

By:_____
    **UNITED STATES MAGISTRATE JUDGE**

DATED: December 3, 2021

Doyle Law Office

Kerry S. Doyle, Esq.
4600 Kietzke Lane
Suite I-207
Reno, Nevada 89502
(775) 525-0889

kerry@rdoylelaw.com

3